WENDELL GRUBER, Appellant, v. WILBUR F. WILSON, Defendant, and FRANKLIN WILSON, Respondent.— Order of the City Court of Yonkers, vacating, canceling and annulling a default judgment in favor of plaintiff, for $739.82, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the service of the summons and complaint on the Secretary of State at his office in Albany under the provisions of section 52 of the Vehicle and Traffic Law is sufficient to give the City Court of Yonkers jurisdiction of the respondent. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.

ELIZABETH HOOK, Appellant, v. HARMON NATIONAL REAL ESTATE CORPORATION, Respondent.— The decision of this court handed down on April 30, 1937 [250 App. Div. 689], is hereby amended to read as follows: Order of Appellate Term reversing a judgment of the City Court of the City of New York, County of Kings, in favor of plaintiff, and dismissing the complaint, reversed on the law, with costs in this court and the Appellate Term, and judgment of the City Court unanimously affirmed. Opinion per curiam. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of JAMES A. COREY, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari, brought to review the dismissal of the petitioner from his position as patrolman in the police department of the city of New York. Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Carswell, Davis, Adel and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of ANNA CURRY, Respondent, v. JOHN CURRY, Appellant.— On appeal by respondent from an order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing him to pay the sum of six dollars weekly, order unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting. [See post, p. 729.]

In the Matter of the Application of GIOVANNI FERRIO, Respondent, for an Order Nullifying the Election of Officers of THE GISSI MUTUAL SERVICE SOCIETY OF NEW YORK CITY INCORPORATED, Appellant, Held on December 27, 1936, and Ordering a New Election of Officers of the Said Corporation.— Order nullifying and setting aside an election of officers of the appellant society and ordering a new election affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., not voting.